No. 99–1850. HAWES ET AL. v. JOHNSON & JOHNSON ET AL., *ante*, p. 815. Motion of petitioners to defer consideration of petition for rehearing denied. Petition for rehearing denied.

DECEMBER 12, 2000

No. 00–949. BUSH ET AL. v. GORE ET AL., *ante*, p. 98. Pursuant to this Court's Rule 45.2, the Clerk is directed to issue the mandate in this case forthwith.

DECEMBER 13, 2000

No. 00–953. JONES ET AL. v. BUSH ET AL. C. A. 5th Cir. Motion to expedite consideration of petition for writ of certiorari denied.

No. 00–961. HARRIS ET AL. v. FLORIDA ELECTIONS CANVASSING COMMISSION ET AL. C. A. 11th Cir. Motion to expedite consideration of petition for writ of certiorari denied.